UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE M. LOPEZ and DANESSA LOPEZ, | ) |
| Plaintiffs, | ) ) ) No. |
| v. | ) ) |
| ESPERANZA HEALTH CENTER, a corporation, MIGUEL PENA, M.D., individually, ANDREW JACOB VAN WIEREN, M.D., MARIA SILVA, M.D., and GILLIAN CONNELLY, APN, | ) ) ) ) ) ) Formerly case no. 2017 L 001881 Circuit Court of Cook County, Illinois |
| Defendants. | ) ) ) |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND
SUBSTITUTION OF THE UNITED STATES AS DEFENDANT**

To: Dorothy Brown
Clerk of the Circuit Court
Richard J. Daley Center, Room 1001
50 West Washington Street
Chicago, Illinois 60602

Susan E. Loggans
Susan E. Loggans & Associates, P.C.
222 N. LaSalle Street, Suite 460
Chicago, Illinois 60601

Sammi L. Renken
Johnson & Bell, Ltd.
33 W. Monroe Street, Suite 2700
Chicago, Illinois 60603

The United States of America, by its attorney, Joel R. Levin, Acting United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to 42 U.S.C. § 233, and in support states the following:

1. On February 22, 2017, plaintiffs Jose and Danessa Lopez commenced the above civil action against Esperanza Health Centers, Dr. Miguel Pena, Dr. Andrew Jacob Van Wieren, Dr. Maria Silva, and Gillian Connelly, F.N.P. alleging medical malpractice. Plaintiffs filed their

first amended complaint on March 7, 2017. A copy of the state court amended complaint and original complaint are attached as Exhibit A. For purposes of this lawsuit, Esperanza Health Centers is a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C. § 233. Exhibit B. In addition, Dr. Pena, Dr. Van Wieren, Dr. Silva, and Connelly were acting within the scope of their employment at Esperanza Health Centers with respect to the incidents referred to in the complaint. *Id.*

2. This notice of removal is filed in accordance with 42 U.S.C. § 233 upon certification by the designee of the Attorney General of the United States that defendant Esperanza Health Centers was a private entity receiving grant money from the Public Health Service and that defendants Dr. Pena, Dr. Van Wieren, Dr. Silva, and Connelly were acting within the scope of their employment at Esperanza Health Centers with respect to the incidents referred to in the complaint. Exhibit B.

3. On April 5, 2017, the case was first removed by the private defendants to the United States District for the Northern District of Illinois. *Lopez, et al. v. Esperanza Health Centers, et al.*, No. 17 C 2593, Dkt. 1, Notice of Removal. However, by agreement of the private parties, the court remanded the case to the Circuit Court of Cook County without prejudice. *Id.* at Dkt. 15, Order. Per Local Rule 40.3(b)(3), this case should be assigned to Judge Ellis because when a previously remanded case is removed again, the case "shall be assigned to the judge who previously ordered it to be remanded."

4. This notice of removal may be filed without bond at any time before trial. 42 U.S.C. § 233(c). Trial has not yet been had in this action.

5. Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 42 U.S.C. § 233(c), this civil action is deemed an action against the

United States, and the United States is substituted as the sole federal party defendant in place of defendants Esperanza Health Centers, Miguel Pena, M.D., Andrew Jacob Van Wieren, M.D., Maria Silva, M.D., and Gillian Connelly, F.N.P.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois, is properly removed to this court pursuant to 42 U.S.C. § 233, and the United States is substituted as the defendant in lieu of Esperanza Health Centers, Miguel Pena, M.D., Andrew Jacob Van Wieren, M.D., Maria Silva, M.D., and Gillian Connelly, F.N.P.

    Respectfully submitted,

    JOEL R. LEVIN
    Acting United States Attorney

    By: s/ Kathleen M. Flannery
       KATHLEEN M. FLANNERY
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 353-7223
       kathleen.flannery@usdoj.gov